```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ERIC MORTENSON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:10-CR-00193 EJG <br><br> **AMENDED STIPULATION AND ORDER TO TRAVEL TO ARIZONA** <br><br> JUDGE: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through LAUREL RIMON, Assistant U.S. Attorney, and defendant, ERIC MORTENSON, by and though his counsel, BEN GALLOWAY, Assistant Federal Defender, to the following:

Mr. Eric Mortenson is currently on a pretrial release.  He is requesting to travel with his mother to Yuma, Arizona on July 27, 2010, to visit his Uncle who resides in Yuma, Arizona, and was recently hospitalized with a clogged artery.  Eric's uncle needs assistance from while recuperating at home in Arizona.  He wishes to visit his Uncle for two weeks and is to return to Sacramento, California on or before Friday, August 13, 2010.

/ / /

Eastern District of California United States Probation Officer, Darryl Walker and Assistant United States Attorney, Laurel Rimon, have no objection to Mr. Mortenson's travel arrangements on those dates.

DATED: July 21, 2010            Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Ben Galloway
                                      _____
                                      BEN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ERIC MORTENSON

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Ben Galloway for
DATED: July 21, 2010            _____
                                      LAUREL RIMON
                                      Assistant U.S. Attorney

                                  **O R D E R**

     **IT IS SO ORDERED.**


DATED: July 22, 2010.            /s/ Kendall J. Newman
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE