DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California   95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-0193-EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER RE PROPOSED TRAVEL** |
| ERIC MORTENSON; LAWRENCE DAVIS, JR.; JOEL D. CLARK, ) | |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through Laurel Loomis Rimon, Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender, that Mr. Mortenson be permitted to accompany his girlfriend, Michelle White, on her first truck driving trip following her recent completion of truck driving school.

Ms. White and Mr. Mortenson shall depart Sacramento on Friday November 19, 2010, travel to Salt Lake City to pick up a load, then proceed to make several stops in states between Nevada and Georgia. It is anticipated the trip will take a total of three weeks.

These travel plans have been agreed to by Mr. Mortenson's supervising pretrial services officer, Darryl Walker.

Mr. Mortenson has abided by all terms and conditions of his release to date.  Mr. Mortenson will remain in regular weekly contact with Officer Walker by telephone, and Mr. Mortenson will continue to be accessible via his mobile telephone.

All the previously set pretrial conditions of release shall remain in effect prior to and after the time period of this trip.

Dated: November 16, 2010           Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ERIC MORTENSON

Dated:  November 16, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
                                   LAUREL LOOMIS RIMON
                                   Assistant U.S. Attorney

## **O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: November 16, 2010        /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge