LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
LAWRENCE DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ) ERIC MORTENSON, et al., ) ) Defendants. ) ) _____) | Cr. No. S-10-193 EJG  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND FINDING OF EXCLUDABLE TIME  Date: March 18, 2011 Time: 10:00 a.m. Judge: Hon. Edward J. Garcia |

The United States of America, through Assistant U.S. Attorney Dominique Thomas; defendant Eric Mortenson, through his counsel Benjamin Galloway, Assistant Federal Defender; defendant Lawrence Davis, Jr., through his counsel Scott L. Tedmon; and defendant Joel D. Clark, through his counsel Timothy Warriner; hereby stipulate and agree as follows:

1. The current status conference in this case is set for Friday, March 18, 2011 at 10:00 a.m.

2. The government has provided over 21,000 pages of discovery to defense counsel. Counsel for each of the defendants needs additional time to continue the discovery review and evaluation process, identify legal issues, and discuss the case with their respective client. Scott L. Tedmon, counsel for defendant Lawrence Davis; Benjamin Galloway, counsel for co-defendant Eric Mortenson; and Timothy Warriner, counsel for co-defendant Joel D. Clark; understands and agrees the requested additional time is necessary to allow each counsel to properly prepare their case and

1  as such, each counsel concurs in this request. Likewise, AUSA Dominique Thomas, counsel for the
2  government, understands and agrees to the defense request for necessary additional time to prepare.
3         3.   As such, the government and all defense counsel stipulate it is appropriate to continue
4  the current status conference to Friday, May 20, 2011 at 10:00 a.m. The Court's availability for the
5  May 20, 2011 status conference date has been confirmed. No jury trial date has been set in this case.
6         4.   Accordingly, the parties stipulate the Court should find that time be excluded through
7  May 20, 2011 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18 U.S.C.
8  §3161(h)(7)(B)(iv), [Local Code T4], and that the ends of justice therefore outweigh the best interest
9  of the public in a speedy trial.
10        Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
11 behalf.
12 **IT IS SO STIPULATED.**
13 DATED: March 15, 2011            BENJAMIN B. WAGNER
                                     United States Attorney
14
                                     /s/ Dominique Thomas
15                                   DOMINIQUE THOMAS
                                     Assistant United States Attorney
16
17 DATED: March 15, 2011            DANIEL J. BRODERICK
                                     Federal Defender
18
                                     /s/ Benjamin Galloway
19                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
20                                   Attorney for Defendant Eric Mortenson
21
   DATED: March 15, 2011            LAW OFFICES OF SCOTT L. TEDMON
22
                                     /s/ Scott L. Tedmon
23                                   SCOTT L. TEDMON
                                     Attorney for Lawrence Davis, Jr.
24
25 DATED: March 15, 2011            LAW OFFICES OF TIMOTHY WARRINER
26                                   /s/ Timothy Warriner
                                     TIMOTHY WARRINER
27                                   Attorney for Joel D. Clark
28

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation, and that the ends of justice therefore outweigh the best interest of the public in a speedy trial.  Accordingly,

IT IS ORDERED that this matter is continued to Friday, May 20, 2011, at 10:00 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from March 18, 2011, to and including May 20, 2011, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: March 16 , 2011         /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge