```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0193-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **PROPOSED TRAVEL** |
| | ) | |
| ERIC MORTENSON; LAWRENCE DAVIS, JR.; JOEL D. CLARK, | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender, that Mr. Mortenson be permitted to accompany his girlfriend, Michelle White, who works for Central Refrigeration on her truck driving trip.

Ms. White and Mr. Mortenson shall depart Sacramento on Thursday, May 26, 2011, and will be traveling to deliver food products through 48 states.  It is anticipated the trip will take a total of four weeks.

////

1  These travel plans have been agreed to by Mr. Mortenson's
2 supervising pretrial services officer, Darryl Walker.

3  Mr. Mortenson has abided by all terms and conditions of his
4 release to date.  Mr. Mortenson will remain in regular weekly contact
5 with Officer Walker by telephone, and Mr. Mortenson will continue to be
6 accessible via his mobile telephone.

7  All the previously set pretrial conditions of release shall remain
8 in effect prior to and after the time period of this trip.

10 Dated: May 24, 2011                    Respectfully submitted,

11                                        DANIEL J. BRODERICK
                                          Federal Defender

13                                        /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
14                                        Assistant Federal Defender
                                          Attorney for Defendant
15                                        ERIC MORTENSON

16 Dated:  May 24, 2011                   BENJAMIN B. WAGNER
                                          United States Attorney
17
                                          /s/ Benjamin Galloway for
18                                        DOMINIQUE THOMAS
                                          Assistant U.S. Attorney

20                          **O R D E R**

21  Based on the parties' stipulation, the pretrial service officer's
22 agreement and good cause appearing therefrom, the Court hereby adopts
23 the stipulation of the parties in its entirety.

24 **IT IS SO ORDERED.**

25 Dated: May 25, 2011

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation & Order/Eric Mortenson            2