```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ERIC MORTENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0193-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **PROPOSED TRAVEL** |
| | ) | |
| ERIC MORTENSON; LAWRENCE DAVIS, JR.; JOEL D. CLARK, | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through Lee Bickley Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender, that Mr. Mortenson be permitted to accompany his girlfriend, Michelle White, who works for Central Refrigeration on her truck driving trip.

Ms. White and Mr. Mortenson shall depart Sacramento on Monday, June 4, 2012, and will be traveling to deliver food products through 48 states. It is anticipated the trip will take a total of four weeks.

////

1  These travel plans have been agreed to by Mr. Mortenson's
2  supervising pretrial services officer, Darryl Walker.
3  Mr. Mortenson has abided by all terms and conditions of his
4  release to date.  Mr. Mortenson will remain in regular weekly contact
5  with Officer Walker by telephone, and Mr. Mortenson will continue to be
6  accessible via his mobile telephone.
7  All the previously set pretrial conditions of release shall remain
8  in effect prior to and after the time period of this trip.

Dated: May 31, 2012                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ERIC MORTENSON

Dated:  May 31, 2012                   BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Benjamin Galloway for
                                       LEE BICKLEY
                                       Assistant U.S. Attorney

## O R D E R

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: June 1, 2012.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE