DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC MORTENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0193-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **PROPOSED TRAVEL** |
| | ) | |
| ERIC MORTENSON; LAWRENCE DAVIS, JR.; JOEL D. CLARK, | ) ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Lee Bickley Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender, that Mr. Mortenson's travel condition be modified to read:

> Your travel is restricted to the United States, for the purposes of employment, without the prior consent of the pretrial services officer. Any travel outside the Eastern and Northern Districts of California for any other purpose other than employment must be approved in advance by Pretrial Services.

Mr. Mortenson has been under Pretrial Services supervision since May 2010. No violations have been filed and Mr. Mortenson has made all of his required court appearances. He has no special conditions.

The parties and Pretrial Services recommend this condition be modified to allow Mr. Mortenson to travel throughout the United States for the purpose of employment. Mr. Mortenson has started a new truck driving job which will require that he travel throughout the United States.

Dated: July 30, 2012                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ERIC MORTENSON

Dated:  July 30, 2012                   BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        LEE BICKLEY
                                        Assistant U.S. Attorney

**O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: July 30, 2012
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation & Order/Eric Mortenson         **2**